# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1474

_____

Steven Blakeney

*Petitioner - Appellant*

v.

Kathy Huetter, Acting Residential Reentry Manager

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 20, 2020
Filed: February 28, 2020
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In a petition for a writ of habeas corpus, *see* 28 U.S.C. § 2241, Steven Blakeney claimed that the Bureau of Prisons should not have changed his early-release date. The district court[1] dismissed the petition without prejudice.

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

We conclude that this case has become moot because Blakeney has already been released from prison. A ruling that his early-release date was improperly changed would not affect his current term of supervised release, nor have we identified any potential collateral consequences. *See United States v. Johnson*, 529 U.S. 53, 54–59 (2000) (holding that courts may not use excess prison time served to offset the length of a supervised-release term); *Leonard v. Nix*, 55 F.3d 370, 373 (8th Cir. 1995) (stating that physical release will moot a habeas petition based on the amount of time spent in custody unless there are "collateral consequences independent of the underlying conviction"). We accordingly dismiss the appeal.

_____